IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
MAY 1 8 2011
PER _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 3:11-CR-124 |
| vs. : | |
| : | (JUDGE NEALON) |
| STEPHANIE SINGLEY, : | (MAGISTRATE JUDGE MANNION) |
| Defendant : | |

## ORDER

On April 12, 2011, a one count Information was filed against Defendant, Stephanie Singley, alleging that between May 2009 and May 2010, Defendant conspired, in violation fo 18 U.S.C. § 371, to negotiate counterfeit $100.00 Federal Reserve Notes, see 18 U.S.C. § 472; to make fictitious statements in the acquisition of firearms intended to deceive Federal firearm licenses, see 18 U.S.C. § 922(a)(6), and to export the firearms from the United States, see 18 U.S.C. § 554. (Doc. 1). A signed Plea Agreement was also filed. (Doc. 3). On April 13, 2011, this case was referred to Magistrate Judge Malachy E. Mannion for an Initial Appearance, Arraignment, and a Rule 11 proceeding subject to consent of the parties. (Doc. 4); see 28 U.S.C. § 636(b)(3).

On April 29, 2011, the parties signed a "Consent to Proceed Before United States Magistrate Judge for a Felony Guilty Plea" form. (Doc. 9). With the assistance of counsel, Defendant appeared before Magistrate Judge Mannion and entered a plea of guilty to the Information. (Doc. 10). On April 29, 2011, the Magistrate Judge issued a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B),

recommending that this Court enter an Order adjudging Defendant guilty of knowingly, intentionally, and voluntarily conspiring to commit criminal offenses in violation of 18 U.S.C. § 371. (Doc. 13). Magistrate Judge Mannion reported that he "advised the defendant of her rights and conducted a full guilty plea colloquy pursuant to Federal Rule of Criminal Procedure 11" and determined:

1. The defendant is competent to enter a plea of guilty;
2. The defendant understands her constitutional and procedural rights;
3. The defendant is aware of the nature of the charges and the potential consequences of the guilty plea;
4. The defendant has knowingly and voluntarily entered into the plea agreement which was disclosed in open court;
5. The plea of guilty is knowing, voluntarily and has an appropriate factual basis.

(Id.); see also FED. R. CRIM. P. 11. Neither party filed objections to the R&R.

**Accordingly,** this 18th day of May, 2011, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. 13) is **ADOPTED** and Defendant's plea of guilty is **ACCEPTED**.

*[signature]*

**United States District Judge**